THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LEONARDO SALEMI, Appellant.

Submitted April 15, 1955; decided April 21, 1955.

Motion for an order vacating the order of the Court of Appeals dated March 11, 1955, denied. [See 306 N. Y. 863; 308 N. Y. 883.]